IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_____ DIVISION

FILED

MAR 1 7 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____MM_____ DEP CLK

**Shana Void**

(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 5:26-CV-00167-BO
_____
(To be assigned
by the Clerk of
District Court)

vs.

**NKT**

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u> include
the names of **all** the parties.
Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

<u>**COMPLAINT**</u>

Plaintiff resides at:**4572 Chippenham Road Rocky Mount, NC
27804**

_____

_____

_____

_____

Defendant(s)name(s) and address(es), if known: **1255 Crescent
Green Dr Cary, NC 27518**_____

1

Case 5:26-cv-00167-BO-RN    Document 1    Filed 03/17/26    Page 1 of 4

Jurisdiction in this court is based on: **federal question jurisdiction under Title VII of the Civil Rights Act of 1964 following issuance of a Right to Sue notice by the Equal Employment Opportunity Commission.**

The acts complainted of in this suit concern: **Plaintiff was hired by Defendant on October 14, 2024 after being promised remote work flexibility and one year of structured training.**

**On December 13, 2024 Plaintiff filed a complaint involving discrimination and harassment which constitutes protected activity under federal law.**

**Following this complaint, Plaintiff experienced retaliation including hostility, heightened scrutiny, reversal of previously approved remote work arrangements, fabricated performance concerns, and denial of transparency regarding internal investigations.**

**The hostile work environment and retaliatory conduct escalated until Plaintiff was terminated on July 30, 2025.**

**Plaintiff received a Notice of Right to Sue from the EEOC on December 18, 2025.**

2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)


I seek the following relief:

Compensatory damages

Back pay and lost wages

Emotional distress damages

Reinstatement or front pay

Costs of this action

Any additional relief the Court deems appropriate

_____

_____

_____

_____

_____

_____

_____

3

-----------------------------------------------------------------

3/14/2024
Date

*Shore Veil*

Signature of Plaintiff

-----------------------------------------------------------------

4572 Chippenham Road

Rocky Mount, NC 27804

917·279·0772

Address and Telephone Number of Plaintiff

4